# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

—————

No. 05-4394

—————

United States of America,

      Appellee,

v.

Todd Andes,

      Appellant.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Western District of Missouri.
\*
\*   [UNPUBLISHED]
\*

—————

Submitted: April 2, 2007
Filed: April 6, 2007

—————

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

—————

PER CURIAM.

Todd Andes appeals the sentence the district court[1] imposed after he pleaded guilty to a felon-in-possession offense. In a brief filed under Anders v. California, 386 U.S. 738 (1967), his counsel asserts that Andes's 188-month sentence is excessive and that the district court violated Andes's rights when it enhanced his sentence based on prior convictions.

———————————

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

We enforce the broad appeal waiver included in Andes's plea agreement:  the plea colloquy reflects that Andes understood and voluntarily accepted the terms of the plea agreement, including the waiver; this appeal falls within the scope of the waiver; and no injustice would result.  See United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (discussing enforceability of appeal waiver); see also United States v. Estrada-Bahena, 201 F.3d 1070, 1071 (8th Cir. 2000) (per curiam) (enforcing appeal waiver in Anders case).

Accordingly, we dismiss the appeal, and we grant counsel leave to withdraw.

_____